IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE,
WESTERN DIVISION

FEDERAL EXPRESS CORPORATION,

    Plaintiff,

v.                                                           No. 01 CV 2503 B/P

ACCU-SORT SYSTEMS, INC.,

    Defendant.

---

**ORDER GRANTING ACCU-SORT SYSTEMS, INC.'S MOTION FOR LEAVE
TO FILE REPLY BRIEF IN SUPPORT OF ACCU-SORT SYSTEMS, INC.'S
MOTION FOR RECONSIDERATION OF THE COURT'S EARLIER,
PRE-CONTINUANCE RULING PRECLUDING IT FROM TAKING
DISCOVERY FROM UPS**

---

The Court, having considered Accu-Sort Systems, Inc.'s Motion for Leave to File Reply Brief in Support of Accu-Sort Systems, Inc.'s Motion for Reconsideration of the Court's Earlier, Pre-Continuance Ruling Precluding it From Taking Discovery From UPS, the Memorandum submitted in support thereof, and the entire record of the case, finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Accu-Sort Systems, Inc. shall be granted leave to file a Reply Brief In Support Of Accu-Sort Systems, Inc.'s Motion For Reconsideration of the Court's Earlier, Pre-Continuance Ruling Precluding it From Taking Discovery From UPS.

SO ORDERED, ADJUDGED, and DECREED, this the 18 day of November, 2005.

U. S. MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-21-05

708

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 708 in
case 2:01-CV-02503 was distributed by fax, mail, or direct printing on
November 21, 2005 to the parties listed.

---

Michael R. Heyison
WILMER CUTLER PICKERING HALE & DOOR LLP
60 State St
Boston, MA 02109

Cynthia J. Collins
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Stephen R. Cochell
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Grady M. Garrison
BUTLER SNOW O'MARA STEVENS & CANNADA, PLLC
P.O. Box 171443
Memphis, TN 38187--144

John Patterson Brumbaugh
KING & SPALDING
191 Peachtree St. N.E.
Atlanta, GA 30303--176

John R. Branson
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Anthony Volpe
VOLPE & KOENIG, P.C.
30 S. 17th St.
Ste. 1600
Philadelphia, PA 19103

John J O'Malley
VOLPE & KOENIG, P.C.
30 S. 17th St.
Ste. 1600
Philadelphia, PA 19103

Scott Douglas Blount
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Cynthia D Vreeland
WILMER CUTLER PICKERING HALE & DORR LLP
60 State St.
Boston, MA 02109

Charles F. Morrow
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Frank M. Holbrook
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

John G. Fabiano
WILMER CUTLER PICKERING HALE & DOOR LLP
60 Hale St
Boston, MA 02109

Michael W. Higginbotham
FEDEX CORPORATION- Hacks Cross
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Honorable Samuel Mays
US DISTRICT COURT