UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**FEDERAL EXPRESS CORP.,**

    **Plaintiff,**

v.                                                    Cv. No. 01-2503-Ma

**ACCU SORT SYSTEMS, INC.,**

    **Defendant.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice, in accordance with the Order of Dismissal, docketed March 23, 2006.

## APPROVED:

S/ Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| March 23, 2006 | THOMAS M. GOULD |
| DATE | CLERK |
| | |
| | s/ Sandra McClain |
| | (By) DEPUTY CLERK |